# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50412 | **DATE** | 6/7/2006 |
| **CASE TITLE** | Hoskins vs. Lenear, et al | | |

**DOCKET ENTRY TEXT:**

Settlement conference held and this cause is settled. The parties are given to 7/7/06 to file Stipulation to dismiss. Court retains jurisdiction to enforce settlement.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LW |
|---|---|---|