## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50412 | **DATE** | 6/13/2006 |
| **CASE TITLE** | Hoskins v. Lenear | | |

**DOCKET ENTRY TEXT:**

Pursuant to Magistrate Mahoney's order of June 7, 2006, this case is dismissed. Stipulation to dismiss to be filed by July 7, 2006. Court retains jurisdiction to enforce settlement. Any pending motions are now moot.

*[signature]*

Notices mailed by judge's staff.

**FILED**

JUN 1 3 2006

JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

| | Courtroom Deputy Initials: | smw |
|---|---|---|