IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT HOSKINS, B-02683 | ) | |
| Plaintiff, | ) | No. 03 C 50412 |
| v. | ) | Hon. Philip G. Reinhard<br>Judge Presiding |
| CONNIE LENEAR, et al., | ) | |
| Defendants. | ) | Hon. P. Michael Mahoney<br>Magistrate Judge Presiding |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Robert Hoskins, by his attorney, David H. Carter and the Defendants, Connie Lenear, Captain Schott, Robert L. Bock, Ernestine Daniels and Cheryl Cervantes, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own costs, attorney's fees and expenses.

AGREED:

_____ Date 7-12-06
Robert Hoskins, B-02683, Plaintiff

_____ 7-10-6
David H. Carter
Counsel for Plaintiff
Law Office of David H. Carter
One Court Place, Suite 401
Rockford, Illinois 61101
(815) 968-8900

_____ 7/19/06
James P. Doran
Assistant Attorney General
Attorney for Defendants
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7202