**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOSKINS, B-02683 | ) | |
| | ) | |
| Plaintiff, | ) | No. 03 C 50412 |
| | ) | |
| v. | ) | Hon. Philip G. Reinhard |
| | ) | Judge Presiding |
| CONNIE LENEAR, et al., | ) | |
| | ) | Hon. P. Michael Mahoney |
| Defendants. | ) | Magistrate Judge Presiding |

**NOTICE OF FILING**

TO: David H. Carter
Law Office of David H. Carter
One Court Place, Suite 401
Rockford, Illinois 61101

    PLEASE TAKE NOTICE that on July 20, 2006, I filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, the attached **STIPULATION TO DISMISS**, copies of which are herewith served upon you.

LISA MADIGAN
Attorney General of Illinois     By:   s/James P. Doran
                                                 JAMES P. DORAN
                                                 Assistant Attorney General
                                                 General Law Bureau
                                                 100 West Randolph Street, 13th Fl.
                                                 Chicago, Illinois 60601
                                                 (312) 814-7202

**CERTIFICATE OF SERVICE**

    The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July 20, 2006.

                                                               s/James P. Doran