IN THE
United States District Court
For the Northern ~~District~~ District of Illinois
Western Division

**FILED**

SEP 2 5 2006

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Robert Hoskins
Plaintiff,

v.

Connie Lenear et al.
Defendant

)
)
)
)
)
)
)
)
)

Case No. 03 C 50412

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Court
Northern District of Illinois
211 South Court Street
Rock Ford, Illinois 61101
3 copies

TO: Assistant Attorney General
James P. Doran
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
1 copy

PLEASE TAKE NOTICE that on September 20, 2006, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion to withdraw Stipulation to Dismiss Plaintiff Claim

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9-20-06

/s/ Robert Hoskins
NAME: Robert Hoskins
IDOC#: B02683
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Jul 2002

FILED

IN THE UNITED STATES DISTRICT COURT

SEP 2 5 2006

FOR THE NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

WESTERN DIVISION

ROBERT HOSKINS, B02683,  )   Case No. 03 C 50412
                          )
        Plaintiff,        )   Hon. Philip G. Reinhard
                          )   Judge Presiding
    -Vs-                  )
                          )   Hon. P. Michael Mahoney
CONNIE LENEAR, et al,     )   Magistrate Judge Presiding
                          )
        Defendant(s).     )
                          )

## MOTION TO WITHDRAW STIPULATION
## TO DISMISS PLAINTIFF CLAIM

Now comes Plaintiff Robert Hoskins pro se, to withdraw the
stipulation of dismissing claim where the Defendant's have violated
said agreement and retaliated against Plaintiff for trying to
resolve Defendants failure to comply with stipulated agreement.
In support thereof Plaintiff states as follows:

1) Plaintiff made agreement with the Defendants for a Pansonic
Radio, transfer to Stateville Correctional Center and a job. (See
exhibit A)

2) On August 21, 2006, Plaintiff was given a Etron Radio one
day after arriving at Stateville.

3) Plaintiff wrote the Defendant's attorney, Attorney General
Doran, to inform them that Plaintiff was given a used Etron Radio
with no antenna on it and the agreement was for a Pansonic Radio.

4) Plaintiff never got an answer until August 30, 2006 from
a counselor here at Stateville. (see exhibit B)

5) Plaintiff wrote the attorney who was appointed by the

1.

court to represent him, letting him know that the defendants had given him a used Etron Radio without an antenna which was not apart of the stipulated agreement.

6) Plaintiff received a letter back from Attorney Carter on September 12, 2006, stating that he also wrote Attorney General James Doran letting him know about the problem of the Radio. (See exhibit C)

7. On September 12, 2006 Plaintiff was visited by Defendants Commissary Supervisor at 3:35 pm and was asked by Defendants supervisor, what was wrong with the Radio.

8. Plaintiff responded that the Etron radio wasn't part of the agreement before the Court, the supervisor left without further conversation.

9) At 9:00pm Defendants Officer Sullivan came to Plaintiff's cell and got the radio. (See exhibit D)

10) On September 14, 2006 Plaintiff received a disciplinary report from defendants in retaliation for Plaintiff's not excepting defendant's used property. (See exhibit E)

11) Defendant's knew or should have known prior to making the agreement on June 6, 2006 that Stateville no longer sold Panasonic radios. (See exhibit F Commissary sales list)

12) That once Plaintiff alerted both counsels to the problem, Defendants at Stateville Correctional Center retaliated against plaintiff for enforcing his right to redress his grievance.

**WHEREFORE,** Plaintiff ask that this Honorable Court grant Plaintiff Motion and find Defendants in contempt of this Court.

Respectfully submitted,

2.

CERTIFICATE

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS
5/109, I declare under penalty of perjury that I am the named
party in the above action and that I have read the above documents
and that the information contained therein is true and correct to
the best of knowledge and belief.

Robert Hoskins #B02683
Stateville Correctional Center
P.O. Box 112
Joliet, Ill. 60434

3.

STATE OF ILLINOIS

COUNTY OF __Will__

## AFFIDAVIT

I, __Robert Hoskins__ , deposes and says that
as to the ~~petition~~ motion herein, he/she is the plaintiff in the above entitled cause; that he/she

has read the foregoing document, by his/her signed, and that the statements contained

therein are true in substance and in fact.

s/s __Robert Hoskins__
Plaintiff, pro se

Signed before me this __20th__ day of __September__ , __2006__.

__Phyllis Baker__
Notary Public

"OFFICIAL SEAL"
Phyllis Baker
Notary Public, State of Illinois
My Commission Exp. 01/21/2007

4.

# Exhibits

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT HOSKINS, B-02683 | ) | |
| | ) | |
| Plaintiff, | ) | No. 03 C 50412 |
| | ) | |
| v. | ) | Hon. Philip G. Reinhard |
| | ) | Judge Presiding |
| CONNIE LENEAR, et al., | ) | |
| | ) | Hon. P. Michael Mahoney |
| Defendants. | ) | Magistrate Judge Presiding |

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, Robert Hoskins, by his attorney, David H. Carter and the Defendants, Connie Lenear, Captain Schott, Robert L. Bock, Ernestine Daniels and Cheryl Cervantes , by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice.  The Plaintiff and the Defendants agree as follows:

1.    This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2.    Each party shall bear their own costs, attorney's fees and expenses.

AGREED:

Robert Hoskins, B-02683, Plaintiff                              Date  7-13-06

David H. Carter                                7-10-6
Counsel for Plaintiff
Law Office of David H. Carter
One Court Place, Suite 401
Rockford, Illinois 61101
(815) 968-8900

James P. Doran                              7/19/06
Assistant Attorney General
Attorney for Defendants
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7202

Exhibit — A

AME _____

ATE _____ 8-30-__ _____

FROM THE DESK OF:



**E. BUTKIEWICZ.**
**CORRECTIONAL COUNSELOR**

MSR:_____ SES CUTDATE:_____

COMMISSARY:_____ C-GRADE CUTDATE:_____

YARD DENIAL: _____ B-GRADE CUTDATE: _____

AGGRESSION LEVEL: LOW  MOD  HIGH  &  #_____

SCC REVOCATION PENDING: YES  NO   HOW MUCH:_____

_We do not sell any personic radies_
_and there are non to give you from Proper_

Exhibit - B

# LEGAL MAIL RECEIPT

( ) PACKAGE

## STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

RESIDENT: L. Robins  REGISTER No. B02683  LOCATION C652

FROM MAIL OFFICE  DATE 9/12/06  RE-ROUTE

LEGAL MAIL FROM: David A. Carter Pk fd.

SIGNATURES:

OFFICER HANDING OUT LEGAL MAIL  DATE 9/12/06

INMATE RECEIVING LEGAL MAIL  DATE 9-12-06

( ) CERTIFIED  ( ) EXPRESS  ( ) FED EX  ( ) UPS  ( ) DELIVERY CONFIRMATION

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

1 of 2 Exhibit-C

# DAVID H. CARTER

ATTORNEY AT LAW

One Court Place, Suite 401
Rockford, Illinois 61101
Telephone (815) 968-8900
Fax (815) 968-9427
E-mail: DHCLAW@AOL.COM

September 6, 2006

Robert Hoskins #B02683
P.O.Box 112
Joliet, IL 60434

RE:   Hoskins v. Lenear, et al.
      Case No.: 03 C 50412

Dear Mr. Hoskins:

I received a letter regarding the radio and have sent a letter to Assistant Attorney General
Doran advising him of the problem.  Hopefully, he will see that the radio is replaced.

Sincerely,

DAVID H. CARTER

DHC/ll

Enclosure

Exhibit-C

# SHAKEDOWN RECORD/CONFISCATED CONTRABAND
(Tag/Receipt/Report/Chain-of-Custody ·Record)

EXHIBIT NO. _____
CLIC NO. _____

Date _9-13-06_ Time _9 pm_ Bldg/Area _C-House_

Living Area # _C-652_ ___ Occupied? Yes _X_ No ___

Violator _Hoskins_ _____ No._302693_

Was Any Contraband Found? Yes _X_ No ___

Item(s) (Description and Circumstances of Discovery) _____

1 ETRON RADIO W/CASSETTE

MODEL RC-35 C/A

(RADIO IS ALTERED)

_____

Witness _____

Was a Disciplinary Report Written? Yes ___ No _X_

Was an Incident Report Written? Yes _X_ No ___

Employee's Signature _____

Badge No. _8904_ Date _9/13/06_ Time _9 pm_

DC 252 (Rev. 6/87)  IL 426-0042

Supervisor · Date Received _____ Time _____

Major _____ Minor _____ Signature _____

Disposition _____

Date _____ Time _____ Initials _____

Custodian · Date Received _____ Time _____

Major _____ Minor _____ Signature _____

## Chain-of-Custody After the Custodian has Received the Item

From _____ To _____

Date _____ Time _____

From _____ To _____

Date _____ Time _____

From _____ To _____

Date _____ Time _____

From _____ To _____

Date _____ Time _____

Final Disposition _____

Date _____ Custodian's Initials _____

cc 1 With Item (Tag); 2 Supervisor; 3 Employee; 4 Disciplinary Report; 5 Violator

Exhibit-D

STA-C-06-52

State of Illinois - Department of Corrections

**DISCIPLINARY REPORT**

Page 1 of 1

☒ Disciplinary Report __9/12/06__          ☐ Investigative Report _____
                          Date                                              Date

Committed Person: __Hoskins__   No. __B02683__   Facility: __Stateville C.C.__

Observation Date: __9/12/06__   Time: __3³⁰ pm__   ☐am/☒pm Location: __C-House Cell 652__

__J. Sullivan  #9404__          _J. Sullivan_  9/12/06  3³⁰ pm
PRINT Employee's Name                Employee's Signature/Date/Time

Offense: 504 B/C  __202- Damage or Misuse of Property__

Observation: __On the above date and approximate time this R/O__
__went to cell 652 with Randy Allen to see I/m Hoskins__
__B02683. I/m Hoskins stated that he altered his radio__
__because it didn't work. This R/O could see that I/m__
__Hoskins did alter his radio and the antenna was broken__
__off. The radio was taken and a DC 252 was given to I/m__
__Hoskins. End of Report__

Witnesses, if any: __Randy Allen__

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____          _____
        PRINT Name                       Shift Supervisor's Signature and Date
                                (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer   Comment: _____

_____          _____
        PRINT Name                              Signature/Date

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit

__Major J. Thomas__          _____  9/13/06
        PRINT Name                       Reviewing Officer's Signature and Date

☒ Reviewed by Hearing Investigator: __C. Johnson__          _C. Johnson_  9/14/05
(Adult Division Major Reports Only)      PRINT Name              Signature and Date

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person Refused to Sign ☒

_____          _____          _____ am/pm
Committed Person's Signature and Number

_____  _____  _____
PRINT Serving Employee's Name    Serving Employee's Signature      Date and Time Served

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____          _____
                                       Committed Person's Signature and Number

B02683. I/m Hoskins stated that He ALTERED His RADIO Because it Didn't work. THIS R/O could see that I/m Hoskins DID ALTER His RADIO AND the Antenna was BROKEN OFF. THE RADIO was TAKEN and a DC252 was Given to I/m Hoskins. END of Report

Witnesses, if any: RANDY ALLEN

**NOTE:** Use continuation page if necessary to describe observation and/or list witnesses.

☐ Temporary Confinement ☐ Investigative Status Reasons: ____

PRINT Name ____ Shift Supervisor's Signature and Date (For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer Comment: ____

PRINT Name ____ Signature/Date ____

☒ **MAJOR**, submitted to Adjustment Committee ☐ **MINOR**, submitted to Program Unit

MAJOR J. THOMAS (PRINT Name) [signature] 9/13/06 (Reviewing Officer's Signature and Date)

☒ Reviewed by Hearing Investigator: (Adult Division Major Reports Only) C Johnson (PRINT Name) C Johnson 9/14/05 (Signature and Date)

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number ____ Committed Person Refused to Sign ☒

PRINT Serving Employee's Name ____ Serving Employee's Signature ____ Date and Time Served ____ am/pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ____ Committed Person's Signature and Number ____

(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ____ (Date).

NAME OF WITNESS: ____ Number/Cell/Title: ____

Witness can testify to: ____

NAME OF WITNESS: ____ Number/Cell/Title: ____

Witness can testify to: ____

Committed Person's Name and Number ____

DC 7205 (Rev. 4/98) Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-0361

Exhibit - E

| | | | |
|---|---|---|---|
| 9 Towels & Blanket | | | |
| | Blanket | P000900 | 7.82 |
| | Towel, Bath | P000174 | 4.29 |
| | Towel, Hand | P000184 | 1.48 |
| | Towel, Washcloth | P000185 | 0.61 |
| 10 Underwear | | | |
| | Athletic T-Shirt 2X-3X | P001445 | 10.12 |
| | Athletic T-Shirt M-XL | P001444 | 7.38 |
| | Boxer Brief, 1X | P001335 | 7.36 |
| | Boxer Brief, 2X | P001336 | 8.36 |
| | Boxer Brief, Lg | P001334 | 7.36 |
| | Boxer Brief, Med | P001333 | 7.36 |
| | Boxers, 1X | P000228 | 9.76 |
| | Boxers, 2X | P000583 | 14.71 |
| | Boxers, 3X | P000231 | 14.71 |
| | Boxers, 4X | P001315 | 14.71 |
| | Boxers, 5X | P001262 | 14.71 |
| | Boxers, Large | P000225 | 9.76 |
| | Boxers, Medium | P000222 | 9.76 |
| | Crew, 1X | P000265 | 9.10 |
| | Crew, 2X | P000584 | 14.04 |
| | Crew, 3X | P000585 | 14.04 |
| | Crew, 4X | P001067 | 18.06 |
| | Crew, 5X | P001263 | 16.72 |
| | Crew, Large | P000263 | 9.10 |
| | Pocket Tee Shirt 2X | P001443 | 5.10 |
| | Pocket Tee Shirt 3XL | P001448 | 8.95 |
| | Pocket Tee Shirt 4-5XL | P001449 | 10.55 |
| | Pocket Tee Shirt M-XL | P001442 | 3.99 |
| 11 Electronics | | | |
| | A/C Adapter (Fits Sony W/M) | P001606 | 6.02 |
| | Adapter, AC3A | P000249 | 1.19 |
| | Adapter, Str. Mi-St AD530 | P000804 | 1.15 |
| | Bulb, Replacement (Lamp) 40S11N-Cl | P000295 | 1.75 |
| | Cable Co-Ax 6 Ft. FFE-6 | P000294 | 1.28 |
| | Calculator, Clear, Folding | P001095 | 6.67 |
| | Connector, Double Female "F", F81 | P000529 | 0.45 |
| | Ear Buds, Koss | P001350 | 3.01 |
| | Extention Cord | P001284 | 1.99 |
| | Fan, Lakewood Clear 007- JRCLR | P000827 | 19.95 |
| | Headphone Ext, 6 Ft, AC132 | P000303 | 2.46 |
| | Itty Bitty Lamp Bulb 2/Card | P001393 | 4.27 |
| | Koss Head Phone CL/4 | P001670 | 16.17 |
| | Lamp (bulb sold seperately) | P001791 | 10.63 |
| | Razor - Wahl Trimmer | P001735 | 14.91 |
| | Razor, Norelco 6423LC | P001556 | 50.74 |
| | Replacement Bulb / Clear Lamp | P001404 | 1.86 |
| | Signal Combiner UVJ2 | P000291 | 2.02 |
| | Sony Digital Am/FM/Cassette Walkman | P001605 | 57.51 |
| | Sony Head Phone MDR-W08L | P001669 | 12.69 |
| | Splitter, Co-Ax 2 Set Cpz-2 | P000251 | 1.08 |
| | Trimmer beard,Conair | P001777 | 17.37 |

Exhibit-F

|  |  |  |  |
|---|---|---|---|
|  | TV - KTV 13", Color | P000331 | 125.06 |
|  | TV - Zenith 13" Clear TV | P001635 | 147.13 |
|  | TV Rebuilt KTV 60 Day Warranty | P001753 | 93.56 |
|  | TV Rebuilt Secureview 60/day warranty | P001050 | 92.29 |
|  | Typewriter- Swintec 2410 | P001658 | 256.8 |
|  | Universal Adaptor (Walkman) | P001462 | 7.02 |
|  | Watch, Casio MQ24-7B2 | P000772 | 18.73 |
| 12 Candy |  |  |  |
|  | Candy, Butterfinger | P000207 | 0.45 |
|  | Candy, M&M Peanut 14.04 Oz. | P000217 | 3.37 |
|  | Candy, M&M Plain 14 Oz. | P000215 | 3.13 |
|  | Candy, Now-N-Laters 3.5 Oz. Bag | P001091 | 0.56 |
|  | Candy, PayDay 1.85 Oz. | P000219 | 0.51 |
|  | Candy, Snickers 2.07 Oz. | P000223 | 0.53 |
|  | Candy, Starburst 2.07 Oz. | P000224 | 0.56 |
|  | Candy, Sugar-Free 2 Oz. Bag | P000935 | 0.56 |
|  | Choc Covered Peanut Cluster 5 oz | P001708 | 1.34 |
|  | Double Dip Peanuts 5 oz | P001710 | 1.34 |
|  | Hershey Kisses w/Almond | P001640 | 1.85 |
|  | Hershey Nutrageous Bar | P001685 | 0.51 |
|  | Malted Milk Balls 5 oz | P001709 | 1.34 |
|  | Orange Silces 11oz | P001713 | 1.07 |
|  | Reeses Peanut Butterstick | P001686 | 0.51 |
|  | S/F Jolly Ranchers 3.6 oz | P001679 | 2.26 |
| 13 Cookies |  |  |  |
|  | Cookies Lemon Cream 13OZ | P001760 | 1.34 |
|  | Cookies Strawberry 14 Oz. | P001645 | 1.34 |
|  | Cookies Strawberry Shortbread 12OZ | P001681 | 1.23 |
|  | Cookies, Duplex 14 Oz | P001215 | 1.34 |
|  | Cookies, Iced Oatmeal 12 Oz. | P001092 | 1.34 |
|  | Cookies, Vanilla 14 Oz | P001216 | 1.34 |
|  | Cookies,Choc. Chip | P001661 | 1.34 |
|  | Peanut Butter Cookies. 13 Oz | P001457 | 1.24 |
| 14 Crackers |  |  |  |
|  | Crackers, Cheese On Cheese | P000556 | 2.50 |
|  | Crackers, Graham Nabisco | P001389 | 2.97 |
|  | Crackers, Saltine 16 Oz. | P000255 | 1.52 |
|  | Crackers, Snack 16 Oz. | P000256 | 2.37 |
| 15 Snacks |  |  |  |
|  | Chips, Tortilla | P000270 | 1.54 |
|  | Cheese Crunchy, 11 Oz | P001618 | 1.55 |
|  | Chili Cheese Corn Chips | P001744 | 1.82 |
|  | Chips BBQ Kettle 5 oz | P001714 | 1.46 |
|  | Chips Buffalo Wign Kettle 5 oz | P001716 | 1.46 |
|  | Chips Cajun Kettle 5 oz | P001715 | 1.46 |
|  | Chips Dil Pickle 3OZ | P001763 | 0.72 |
|  | Chips Sour Cream & Cheddar 3OZ | P001762 | 0.72 |
|  | Chips, BBQ 2.75 oz | P001056 | 0.85 |
|  | Chips, Crispy 2.75 Oz. (15) | P001055 | 0.85 |
|  | Chips, Hot Stuff 2.75 Oz | P001409 | 0.85 |
|  | Corn Chips. BBQ 12 Oz | P001377 | 1.58 |
|  | Cranny Banany 9OZ | P001779 | 1.47 |