FILED

OCT 31 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: The Clerk Of The Court            10-28-07

My name is Robert Hoskins #B02633 and I am incarcerated at Stateville Correctional Center. The reason I am writing you because back on 7-20-06 there was a Settle Agreement on my Case #03 C 50412 and I never gotten a copy of this agreement from your office or my court appoint attorney who refuse to answer any of my letters.

The Case was Hoskins vs. Lenear et al, and the Case number is #03 C 50412 it was settle in the Honorable P. Michael Mahoney Magistrate Judge Courtroom.

The Settle Agreement was draw up by IDOC legal staff and no one sent or gave me a copy of the things we agree to, so I ask you if you could send me a copy of it. If not would you please point me to who I need to write and get a copy from.

Thank You In Advance
Sincerely
Robert Hoskins #B02633
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434